# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 6, 2012

No. 11-60354

Lyle W. Cayce
Clerk

BRUCE CHAMBERS,

Plaintiff-Appellant

v.

MAXIE K. MAYO; MICHAEL MAYO; RICHARD CALDWELL;
MAYO AND SONS FUEL AND ELECTRIC, INCORPORATED;
MAYO AND SONS, INCORPORATED,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:10-CV-525

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM:[*]

Appellant Bruce Chambers. resident of Mississippi, challenges the dismissal with prejudice of his dispute with former partners and Louisiana residents, Maxie Mayo, Michael Mayo, and Richard Caldwell. The district court carefully explained why Chambers failed to establish proper venue in Mississippi for any of his alleged claims. On appeal, Chambers does not

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60354

challenge the decision to dismiss as such, but he objects that the case was dismissed <u>with</u> <u>prejudice</u>. He wants to sue another day.

As the district court noted, however, Chambers has already struck out twice in Louisiana state and federal courts. He abandoned a state case, and the federal case was dismissed for lack of the amount in controversy for federal jurisdiction.

Under these unusual circumstances, no point would be served by dismissing this case without prejudice—the doors of Louisiana courts are closed. The district court did not abuse its discretion by dismissing with prejudice.

**JUDGMENT AFFIRMED.**